LOUGHRAN, Respondent, v. CONTINEN-TAL HYGEIA ICE CO., Appellant. (City Court of New York, General Term. January 28, 1901.) Action by Robert Loughran against the Continental Hygeia Ice Co. From a judgment in favor of plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. J. N. Kahn, for appellant. Little & McCabe, for respondent.
PER CURIAM. Judgment and order appealed from affirmed, with costs.

LUCAS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Robert Lucas against the Metropolitan Street-Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 833.

McALAN, Respondent, v. TRUSTEES OF NEW YORK & BROOKLYN BRIDGE, Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Alida McAlan, against the trustees of the New York & Brooklyn Bridge. No opinion. Motion for leave to appeal to the court of appeals denied. See 67 N. Y. Supp. 1139.

McALLISTER, Respondent, v. McALLIS-TER, Appellant. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Amanda B. McAllister against Charles A. McAllister. No opinion. Order affirmed, with $10 costs and disbursements.

MacCABE, Respondent, v. RIBEIRO et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Thomas C. MacCabe against Joaquim Ribeiro and others. F. H. Van Vechten, for appellants. G. B. Covington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McCORMICK, Appellant, v. WILDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by James McCormick against Victor A. Wilder and Lillian M. Wilder. No opinion. Order affirmed by default, with $10 costs and disbursements.

MacDONALD, Respondent, v. BEAR LITH-IA SPRING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Alexander MacDonald against the Bear Lithia Spring Company. No opinion. Judgment of the municipal court affirmed, with costs.

McDONALD, Appellant, v. UNION SURE-TY & GUARANTY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Patrick J. McDonald against the Union Surety & Guaranty Company. J. A. Douglas, for appellant. E. Norton, for respondent. No opinion. Judgment affirmed, with costs.

McKEE, Appellant, v. TAGGERT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Matthew McKee against James A. Taggert. No opinion. Judgment affirmed, with costs.

McMAHON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by James W. McMahon as administrator, etc., of James McMahon, deceased, against the city of New York and the McCaldin Bros. Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., not voting.

MAGAR, Respondent, v. HAMMOND, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Frank L. Magar against Stoddard Hammond and another. No opinion. Motion for reargument denied. Motion for leave to appeal of the court of appeals granted. See 67 N. Y. Supp. 63.

MAGUIRE, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by James Maguire against Henry T. Chapman. F. H. Van Vechten, for appellant. J. L. Cadwalader, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MALLOY, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Michael Malloy against the New York Elevated Railroad Company and others. J. H. Adams, for appellants. L. J. Grant, for respondent. No opinion. Judgment and order affirmed, with costs.

MALONEY, Appellant, v. IROQUOIS BREWING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Thomas F. Maloney against the Iroquois Brewing Company and another. No opinion. Appeal dismissed, pursuant to general rule 39.

MALONEY, Respondent, v. UNION FERRY CO. OF NEW YORK & BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Hugh Maloney against the Union Ferry Company of New York & Brooklyn. No opinion. Judgment and order (61 N. Y. Supp. 586) unanimously affirmed, with costs; SEWELL, J., taking no part.

MANHATTAN RY. CO. v. COMSTOCK. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by the Manhattan Railway Company against William T. Comstock. No opinion. Appeal dismissed, without costs.

MARKS v. DELLAGLIO. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Esther B. Marks against Nicolo Dellaglio. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 736.